United States Fidelity and Guaranty Company, appellee, v. Martin Auto Parts Company, appellant. Gen. No. 39,645.

Opinion filed June 21, 1938. Rehearing denied July 7, 1938.

Leslie H. Whipp, for appellant. Slottow & Leviton, for appellee; Charles Leviton and Harold P. Shane, of counsel.

Mr. Justice John J. Sullivan delivered the opinion of the court.


People of the State of Illinois, appellant, v. Casimer Kemnetz, appellee. Gen. No. 40,104.

Opinion filed June 21, 1938.

Thomas J. Courtney, State's Attorney, for appellant; Edward E. Wilson and Amos P. Scruggs, Assistant State's Attorneys, of counsel. No appearance for appellee.

Mr. Justice John J. Sullivan delivered the opinion of the court.


People of the State of Illinois ex rel. John S. Rusch, appellee, v. Edna Sulli et al., appellants. Gen. No. 39,710.

Opinion filed June 29, 1938. Rehearing denied July 12, 1938.

Thomas Marshall, for appellants. Thomas J. Courtney, State's Attorney, for appellee; John F. Cashen, Jr., of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.


Jose Castro, appellant, v. Edward Smuvawsky, appellee. Gen. No. 39,819.

Opinion filed June 29, 1938.

Hubbard, Baker & Rice, for appellant. No appearance for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.